UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

1. SEE NOTICE ON REVERSE.    2. PLEASE TYPE OR PRINT.    3. STAPLE ALL ADDITIONAL PAGES

| Case Caption:<br><br>Keepers, Inc.,<br>    Plaintiff-Appellant-Cross-Appellee,<br><br>v.    Case Nos. 14-1581, 14-2113<br><br>City of Milford,<br>    Defendant-Appellee-Cross-Appellant. | District Court or Agency:<br>D. Conn. | Judge:<br>Thompson |
|---|---|---|
| | Date the Order or Judgment Appealed from was Entered on the Docket:<br>March 30, 2013 | District Court Docket No.:<br>3:07-cv-1231 |
| | Date the Notice of Appeal was Filed:<br>April 25, 2014 | Is this a Cross Appeal?<br>✓ Yes     No |

| Attorney(s) for Appellant(s):<br>✓ Plaintiff<br>   Defendant | Counsel's Name:  Address:  Telephone No.:  Fax No.:  E-mail:<br><br>Jennifer M. Kinsley, PO Box 19478, Cincinnati, OH 45219, (513) 708-4876, kinsleylawoffice@gmail.com<br>Daniel Silver, One Liberty Square, New Britain, CT 06050, (860) 225-3518, |
|---|---|
| Attorney(s) for Appellee(s):<br>   Plaintiff<br>✓ Defendant | Counsel's Name:  Address:  Telephone No.:  Fax No.:  E-mail:<br><br>Scott D. Bergthold, Stephen S. Duggins, 7446 Shallowford Rd., Suite 202, Chattanooga, TN 37421, (423) 899-3025, sbergthold@sdblawfirm.com, sduggins@sdblawfirm.com<br>James N. Tallberg, 8 Lowell Road, West Hartford, CT 06119, (860) 233-5600, jtallberg@kt-lawfirm.com |

| Has Transcript Been Prepared?<br>no; none | Approx. Number of Transcript Pages:<br>n/a | Number of Exhibits Appended to Transcript:<br>n/a | Has this matter been before this Circuit previously?  Yes  ✓ No<br>If Yes, provide the following:<br>Case Name:<br>2d Cir. Docket No.:         Reporter Citation: (i.e., F.3d or Fed. App.) |
|---|---|---|---|

*ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

*ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

PART A:  JURISDICTION

| 1. Federal Jurisdiction | 2. Appellate Jurisdiction |
|---|---|
|    U.S. a party      Diversity<br>✓ Federal question (U.S. not a party)    Other (specify): | ✓ Final Decision     Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b))<br>   Interlocutory Decision Appealable As of Right    Other (specify): |

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

| PART B: | DISTRICT COURT DISPOSITION | (Check as many as apply) |
|---|---|---|
| 1. Stage of Proceedings | 2. Type of Judgment/Order Appealed | 3. Relief |
| ✓ Pre-trial<br>During trial<br>After trial | Default judgment<br>Dismissal/FRCP 12(b)(1) lack of subj. matter juris.<br>Dismissal/FRCP 12(b)(6) failure to state a claim<br>Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint<br>Dismissal/28 U.S.C. § 1915(e)(2) other dismissal | Dismissal/other jurisdiction<br>Dismissal/merit<br>Judgment / Decision of the Court<br>✓ Summary judgment<br>Declaratory judgment<br>Jury verdict<br>Judgment NOV<br>Directed verdict<br>Other (specify): | Damages:<br>Sought: $ ____<br>Granted: $ ____<br>Denied: $ ____ | ✓ Injunctions:<br>Preliminary<br>Permanent<br>✓ Denied |

## PART C: NATURE OF SUIT (Check as many as apply)

**1. Federal Statutes**
- Antitrust
- Bankruptcy
- Banks/Banking
- ✓ Civil Rights
- Commerce, Energy, Commodities
- Communications
- Consumer Protection
- Copyright □ Patent
- Trademark
- Election
- Soc. Security
- Environmental
- Freedom of Information Act
- Immigration
- Labor
- OSHA
- Securities
- Tax
- Other (specify): ____

**2. Torts**
- Admiralty/Maritime
- Assault / Defamation
- FELA
- Products Liability
- Other (Specify):

**3. Contracts**
- Admiralty/Maritime
- Arbitration
- Commercial
- Employment
- Insurance
- Negotiable Instruments
- Other Specify

**4. Prisoner Petitions**
- Civil Rights
- Habeas Corpus
- Mandamus
- Parole
- Vacate Sentence
- Other

**5. Other**
- Forfeiture/Penalty
- Real Property
- Treaty (specify): ____
- Other (specify): ____

**6. General**
- Arbitration
- Attorney Disqualification
- Class Action
- Counsel Fees
- Shareholder Derivative
- Transfer

**7. Will appeal raise constitutional issue(s)?**
✓ Yes    No

Will appeal raise a matter of first impression?
Yes    ✓ No

1. Is any matter relative to this appeal still pending below?    Yes, specify: ____    ✓ No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   (A) Arises from substantially the same case or controversy as this appeal?    ✓ Yes    No
   (B) Involves an issue that is substantially similar or related to an issue in this appeal?    Yes    ✓ No

If yes, state whether ✓ "A," or "B," or both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| Keepers, Inc. v. City of Milford | 14-1581cv | | U.S. Ct. App. for 2d Circuit |

Name of Appellant: Keepers, Inc.

Date: June 20, 2014

Signature of Counsel of Record: s/ Scott D. Bergthold

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.