

# LAW OFFICE OF SCOTT D. BERGTHOLD, P.L.L.C.

Scott D. Bergthold
sbergthold@sdblawfirm.com

Stephen S. Duggins
sduggins@sdblawfirm.com

Bryan A. Dykes
bdykes@sdblawfirm.com

August 22, 2014

Clerk, U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse           *Via CM/ECF Filing*
40 Foley Square
New York, NY 10007

    Re: *Keepers, Inc. v. City of Milford*, Nos. 14-1581 & 14-2113

Dear Clerk:

    I represent Defendant-Appellee-Cross-Appellant City of Milford in the above-captioned appeal/cross-appeal. I am submitting this scheduling letter under L.R. 31.2(a)(1)(B) to request the following deadline for the filing of the Appellee-Cross-Appellant's principal and response brief:

**Thursday, November 13, 2014**

    This date is within 91 days of the filing of Plaintiff-Appellant-Cross-Appellee's initial brief and therefore complies with L.R. 31.2(a)(1)(B).

    Thank you for your assistance in this matter.

                                    Sincerely,

                                    s/ Scott D. Bergthold
                                    Scott D. Bergthold

                                    Lead Counsel for Defendant-Appellee-
                                    Cross-Appellant City of Milford

cc:  Jennifer M. Kinsley (via ECF)
     Daniel A. Silver (via ECF)
     James N. Tallberg (via ECF)